# United States Court of Appeals
## For the First Circuit

No. 24-1240

LECY FREDERICO ROSA; M.E.F.; MARISTELA GOMES-DE SOUZA FREDERICO,

Petitioners,

v.

PAMELA J. BONDI,
UNITED STATES ATTORNEY GENERAL,

Respondent.

Before

Montecalvo and Kayatta, <u>Circuit Judges</u>.*

**ORDER OF COURT**

Entered: July 11, 2025

The government's petition for panel rehearing is granted in part and otherwise denied. The opinion of this Court issued on March 13, 2025, is withdrawn, and the judgment of that date is vacated. The parties are directed to see the amended opinion issued this same day.

By the Court:
Anastasia Dubrovsky, Clerk

cc: Gary D. Malphrus, Board of Immigration Appeals, Annelise Maia Jatoba de Araujo, Stefanie Fisher, Nancy Ellen Friedman, Justin Robert Markel, Sharon Michele Clay, Gregory A Pennington Jr., Elizabeth Fitzgerald-Sambou, Oil

---

* Judge Selya heard oral argument in this case and participated in the initial semble thereafter. His death on February 22, 2025, ended his involvement in this case. The remaining two panelists issued this order pursuant to 28 U.S.C. § 46(d).